# Court of Appeals
# of the State of Georgia

ATLANTA,   May 23, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0368. MIKE REDFORD v. THE STATE.**

Mike Redford seeks discretionary review of the trial court's order denying his motion for pretrial bond. The State has filed a motion to dismiss the application for discretionary appeal based upon Redford's failure to follow the proper procedure for obtaining interlocutory review.

An order denying a motion for pretrial bond is interlocutory. See *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). In order to appeal such an order, an applicant must comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b). Although Redford filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Redford's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this application. See *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); *Howard*, supra. Accordingly, the State's motion to dismiss is hereby GRANTED, and this application is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____05/23/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*